## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

James Clark
                                        Plaintiff,

v.                                                                               Case No.: 1:21−cv−00298

                                                                              Honorable John Robert Blakey

Receivables Management Partners, LLC, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 19, 2022:

      MINUTE entry before the Honorable John Robert Blakey: By stipulation [56], the Court hereby dismisses this case with prejudice as to named Plaintiff James Clark and without prejudice as to the putative class. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.